AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| The Reinalt-Thomas Corp. d/b/a Discount Tire | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 9:25-cv-81336-EA |
| Discount Tire & Auto Repair, Inc. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Discount Tire & Auto Repair, Inc.
c/o Registered Agent - Raza M. Islam
732 S. Dixie Highway
Lake Worth, FL 33460

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Laura M. Wall, Esq.
Ballard Spahr LLP
999 Peachtree Street, Suite 1600
Atlanta, GA 30309
Tel: 678-420-9353
walll@ballardspahr.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 29, 2025



Angela E. Noble
Clerk of Court

s/ W. Cendejas
Deputy Clerk
U.S. District Courts

SUMMONS